**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| JONATHAN R. BLAND, )<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION SOLUTIONS, INC., )<br>and SHEFFIELD FINANCIAL CORPORATION, )<br>    *Defendants*. ) | **Cause No. 1:17-CV-03146-JMS-DML** |

## NOTICE OF SETTLEMENT

Plaintiff, Jonathan R. Bland, by counsel, hereby notifies the Court that the Plaintiff and the Defendant, **Sheffield Financial Corporation ONLY**, have reached a settlement in this matter and are attempting to finalize the language of a written Settlement Agreement, and anticipate filing the appropriate dismissal documents with the Court within sixty (60) days.

Respectfully submitted,

*/s/ Keith L. Hancock*
Keith L. Hancock, No. 26397-49
**BARKER HANCOCK & COHRON**
198 South Ninth Street
Noblesville, IN 46060
Telephone: (317) 203-3000
khancock@bhclegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  The undersigned certifies that a true copy of the foregoing was filed electronically and served on all ECF registered counsel by operation of the Court's electronic filing this 2nd  day of November 2017, as follows:

**Todd A. Dixon**
**Caitlin S. Schroeder**
**BARNES & THORNBURG LLP**
tdixon@btlaw.com
cschroeder@btlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

**Mark D. Kundmueller**
**Alan D. Wingfield**
**TROUTMAN SANDERS LLP**
Mark.kundmueller@troutman.com
Alan.wingfield@troutman.com
*Attorneys for Defendant Sheffield Financial Corporation*


               */s/ Keith L. Hancock*
               Keith L. Hancock, No. 26397-49



**BARKER HANCOCK & COHRON LLC**
198 South 9th Street
Noblesville, IN 46060
Tel: (317) 219-4746
khancock@bhclegal.com