**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| JONATHAN R. BLAND, )<br>    *Plaintiff*, )<br> )<br>    v. )<br> )<br>EXPERIAN INFORMATION SOLUTIONS, INC., )<br>and SHEFFIELD FINANCIAL CORPORATION, )<br>    *Defendants*. ) | **Cause No. 1:17-CV-03146-JMS-DML** |

## NOTICE OF SETTLEMENT

Plaintiff, Jonathan R. Bland, by counsel, hereby notifies the Court that the Plaintiff and the Defendant, **Experian Information Solutions, Inc.**, have reached a settlement in this matter and are attempting to finalize the language of a written Settlement Agreement, and anticipate filing the appropriate dismissal documents with the Court within sixty (60) days. This matter is now concluded in its entirety, and all future hearing dates and deadlines should be vacated.

Respectfully submitted,

*/s/ Keith L. Hancock*
Keith L. Hancock, No. 26397-49
**BARKER HANCOCK & COHRON**
198 South Ninth Street
Noblesville, IN 46060
Telephone: (317) 203-3000
khancock@bhclegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing was filed electronically and served on all ECF registered counsel by operation of the Court's electronic filing this 9th day of November 2017, as follows:

**Todd A. Dixon**
**Caitlin S. Schroeder**
**BARNES & THORNBURG LLP**
tdixon@btlaw.com
cschroeder@btlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

**Mark D. Kundmueller**
**Alan D. Wingfield**
**TROUTMAN SANDERS LLP**
Mark.kundmueller@troutman.com
Alan.wingfield@troutman.com
*Attorneys for Defendant Sheffield Financial Corporation*

                                                */s/ Keith L. Hancock*
                                                Keith L. Hancock, No. 26397-49


**BARKER HANCOCK & COHRON LLC**
198 South 9th Street
Noblesville, IN 46060
Tel: (317) 219-4746
khancock@bhclegal.com