**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| JONATHAN R. BLAND, ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Cause No. 1:17-CV-03146-JMS-DML |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) | |
| and SHEFFIELD FINANCIAL CORPORATION, ) | |
| *Defendants*. ) | |

## ORDER OF DISMISSAL

Plaintiff, Jonathan R. Bland, by counsel, has moved this court to dismiss all Defendants from this cause. The Court, being duly informed and finding said Motion made for good cause, now GRANTS said Motion.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Plaintiff's claims against Defendants are dismissed, with prejudice, each party to bear its own costs and fees. This matter is now concluded in its entirety.

Date: 2/1/2018

*[signature]*

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Copies to counsel of
record electronically registered.